| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| WESTERN DISTRICT OF TEXAS |
| Case number *(if known)*                    Chapter    **11** |

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy      4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
Cotter Tower - Oklahoma, L.P.

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)  
46-4790291

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 1802 N.E. Loop 410, Suite 111<br>San Antonio, TX 78217 | c/o Marcus P. Rogers, P.C.<br>2135 E. Hildebrand<br>San Antonio, TX 78209 |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Bexar<br>County | Location of principal assets, if different from principal place of business<br>100 N. Broadway Ave. Oklahoma City, OK 73102<br>Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)  
http://www.cotteroffices.com/portfolio-type/cotter-ranch-tower/

**6. Type of debtor**  
☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☑ Partnership (excluding LLP)  
☐ Other. Specify:

Debtor **Cotter Tower - Oklahoma, L.P.** Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☑ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

Debtor **Cotter Tower - Oklahoma, L.P.**     Case number (*if known*) _____
      Name

**11. Why is the case filed in *this district*?**    *Check all that apply:*

- [✓] Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- [ ] A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- [✓] No
- [ ] Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- [ ] It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- [ ] It needs to be physically secured or protected from the weather.
- [ ] It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- [ ] Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
- [ ] No
- [ ] Yes. Insurance agency _____
      Contact name _____
      Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**    *Check one:*
- [✓] Funds will be available for distribution to unsecured creditors.
- [ ] After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| [ ] 1-49 | [ ] 1,000-5,000 | [ ] 25,001-50,000 |
| [✓] 50-99 | [ ] 5001-10,000 | [ ] 50,001-100,000 |
| [ ] 100-199 | [ ] 10,001-25,000 | [ ] More than 100,000 |
| [ ] 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| [ ] $0 - $50,000 | [ ] $1,000,001 - $10 million | [ ] $500,000,001 - $1 billion |
| [ ] $50,001 - $100,000 | [✓] $10,000,001 - $50 million | [ ] $1,000,000,001 - $10 billion |
| [ ] $100,001 - $500,000 | [ ] $50,000,001 - $100 million | [ ] $10,000,000,001 - $50 billion |
| [ ] $500,001 - $1 million | [ ] $100,000,001 - $500 million | [ ] More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| [ ] $0 - $50,000 | [ ] $1,000,001 - $10 million | [ ] $500,000,001 - $1 billion |
| [ ] $50,001 - $100,000 | [✓] $10,000,001 - $50 million | [ ] $1,000,000,001 - $10 billion |
| [ ] $100,001 - $500,000 | [ ] $50,000,001 - $100 million | [ ] $10,000,000,001 - $50 billion |
| [ ] $500,001 - $1 million | [ ] $100,000,001 - $500 million | [ ] More than $50 billion |

Debtor **Cotter Tower - Oklahoma, L.P.**
Name

Case number (*if known*)

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12/11/2017
MM / DD / YYYY

**X** */s/ Marcus P. Rogers*
Signature of authorized representative of debtor

**Marcus P. Rogers**
Printed name

Title: Marcus P. Rogers, as Independent Administrator for the Estate of James F. Cotter, acting as President on behalf of Cotter Ranch Tower, LLC, General Partner, acting on behalf of and authorized representative for the Debtor-in-Possession, Cotter Tower – Oklahoma, L.P.

**18. Signature of attorney**

**X** */s/ H. Anthony Hervol*
Signature of attorney for debtor

Date 12/11/2017
MM / DD / YYYY

**H. Anthony Hervol**
Printed name

**Law Office of H. Anthony Hervol**
Firm name

**4414 Centerview Dr., Suite 200**
**San Antonio, TX 78228**
Number, Street, City, State & ZIP Code

Contact phone **(210) 522-9500**   Email address **hervol@sbcglobal.net**

**00784264**
Bar number and State

**Fill in this information to identify the case:**

Debtor name: **Cotter Tower - Oklahoma, L.P.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF TEXAS

Case number (if known):

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **December 11, 2017**   X **/s/ Marcus P. Rogers**
Signature of individual signing on behalf of debtor

**Marcus P. Rogers**
Printed name

Marcus P. Rogers, as Independent Administrator for the Estate of James F. Cotter, acting as President on behalf of Cotter Ranch Tower, LLC, General Partner, acting on behalf of and authorized representative for the Debtor-in-Possession, Cotter Tower – Oklahoma, L.P.
Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: **Cotter Tower - Oklahoma, L.P.**
United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| A-Russell's Mr. Rooter, Inc. 8132 W. Reno Oklahoma City, OK 73127 | | | | $8,419.54 | $0.00 | $8,419.54 |
| American Staffcorp of OKC, LLC 6301 S. Mingo Rd. Tulsa, OK 74133-6319 | | Trade Debt | | | | $51,956.53 |
| Brierly Plumbing Technologies Roto Rooter Plumbing 3120 S Ann Arbor Ave. Oklahoma City, OK 73179 | | Trade debt | | | | $20,523.37 |
| CBRE Inc P.O. Box 848844 Los Angeles, CA 90084-8844 | | Trade debt | | | | $7,000.00 |
| CBRE, Inc. 3401 NW 63rd St., Suite 400 Oklahoma City, OK 73116 | | | | $66,635.88 | $0.00 | $66,635.88 |
| CITY OF OKLAHOMA CITY BOX 3 420 WEST MAINT ST STE 120 Oklahoma City, OK 73102 | | Trade debt | | | | $28,721.58 |

Official form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims     page 1

Debtor **Cotter Tower - Oklahoma, L.P.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **DESTIN CONSTRUCTION INC** PO BOX 271198 Oklahoma City, OK 73137-1198 | | Trade debt | | | | $2,587.00 |
| **DEZIGN PARTNERSHIPS INC** 3037 NW 63RD STREET 202W Oklahoma City, OK 73116 | | Trade debt | | | | $2,430.00 |
| **iPlumb Co.** 2736 S.W. 48th St. Oklahoma City, OK 73119 | | | | $2,850.00 | $0.00 | $2,850.00 |
| **KURTS PEST CONTROL INC** PO BOX 23315 Oklahoma City, OK 73123 | | Trade debt | | | | $3,600.00 |
| **METRO GLASS INC** 8025 N ROCKWELL Oklahoma City, OK 73132 | | Trade debt | | | | $19,984.61 |
| **OTIS ELEVATOR COMPANY** PO BOX 730400 Dallas, TX 75373-0400 | | Trade debt | | | | $43,099.15 |
| **Paul J. Sowell** 14200 N. May Ave Ste. 2511 Oklahoma City, OK 73134 | | Trade debt | | | | $2,471.04 |
| **Precision Mechanical, LLC** 860656 S. 3320 Rd Wellston, OK 74881 | | Trade debt | | | | $41,295.79 |
| **Roto Rooter Plumbing & Drain Cleaning** 3120 S. Ann Arbor Ave. Oklahoma City, OK 73179 | | | | $25,526.93 | $0.00 | $25,526.93 |
| **Russell D Thorp - Schuler Enterprise** P.O. Box 30847 Edmond, OK 73003-0015 | | Trade debt | | | | $8,121.32 |

Debtor **Cotter Tower - Oklahoma, L.P.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Southwestern Restoration and Waterproofi<br>P.O. Box 54858<br>Oklahoma City, OK 73154-1858 | | Trade debt | | | | $4,100.00 |
| Staples Contract & Commerical, Inc.<br>P.O. Box 415256<br>Dept SNA<br>Boston, MA 02241-5256 | | Trade debt | | | | $4,869.74 |
| United Protective Services of Oklahoma City, LP<br>6500 Greenville Ave, Suite 525<br>Dallas, TX 75206 | | Trade debt | | | | $14,648.75 |
| Veolia Energy Oklahoma City Inc<br>Box 681038<br>Chicago, IL 60695-2039 | | Trade debt | | | | $166,677.00 |

# United States Bankruptcy Court
## Western District of Texas

In re  **Cotter Tower - Oklahoma, L.P.**                                  Case No.
                                        Debtor(s)                         Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Independent Administrator for the Estate of James F. Cotter, acting as President on behalf of Cotter Ranch Tower, LLC, General Partner of the partnership named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **December 11, 2017**             **/s/ Marcus P. Rogers**
                                         **Marcus P. Rogers, as Independent Administrator for the Estate of James F. Cotter, acting as President on behalf of Cotter Ranch Tower, LLC, General Partner, acting on behalf of and authorized representative for the Debtor-in-Possession, Cotter Tower – Oklahoma, L.P.**
                                         Signer/Title

United States Trustee
P.O. Box 1539
San Antonio, TX 78295-1539


A-Russell's Mr. Rooter, Inc.
8132 W. Reno
Oklahoma City, OK 73127


Accenture
Attention: RECM
Reginald Taylor-Ochoa
131 N. Clark Street
Chicago, IL 60601


American Staffcorp of OKC, LLC
6301 S. Mingo Rd.
Tulsa, OK 74133-6319


Andrews Davis, PC
Cathy Collins/Administrator
100 N. Broadway, Suite 3300
Oklahoma City, OK 73102


Arapahoe Resources
Cotter Ranch Tower
100 N. Broadway Ave., Suite 3150
Oklahoma City, OK 73012


BancFirst
Randy Foraker, EVP, Chief Risk Officer
P. O. Box 26788
Oklahoma City, OK 73126-0788


Bank SNB, N.A.
6301 Waterford Blvd., Suite 101
Oklahoma City, OK 73118


Bettye Ruth Cotter
7800 Indian Springs
Edmond, OK 73013


BL3 Inc. Plumbing and Drain Cleaning
P.O. Box 6499
Oklahoma City, OK 73153-0499

```
Brake Away Logistics
Cotter Ranch Tower
100 N. Broadway Ave., Suite 3108
Oklahoma City, OK 73012


Brierly Plumbing Technologies
Roto Rooter Plumbing
3120 S Ann Arbor Ave.
Oklahoma City, OK 73179


Calverts Plant Interiors, Inc.
5308 Classen Blvd.
Oklahoma City, OK 73118


CBRE Inc
P.O. Box 848844
Los Angeles, CA 90084-8844


CBRE, Inc.
3401 NW 63rd St., Suite 400
Oklahoma City, OK 73116


CBRE, Inc.
P.O. Box 848844
Los Angeles, CA 90084-8844


Chamsolme Harroz Achnebel, PLLC
Layni Carney/Office Manager
100 N Broadway Avenue, Suite 1800
Oklahoma City, OK 73102


CHRISTOPHER LEE MEILE - URBAN
LOCKWERX LLC
3101 ABBEY RD
Oklahoma City, OK 73120


Chubbick Duncan & Robey, P.C.
Cotter Ranch Tower
100 N. Broadway Ave., Suite 2300
Oklahoma City, OK 73012


CITY OF OKLAHOMA CITY
BOX 3 420 WEST MAINT ST STE 120
Oklahoma City, OK 73102
```

```
CITY OF OKLAHOMA CITY
PO BOX 26570
Oklahoma City, OK 73126-0570


COE PLUMBING INC
PO BOX 15482
Oklahoma City, OK 73155


Coe Plumbing, Inc.
3928 E. Reno Ave.
Oklahoma City, OK 73117


Commercial Oklahoma, Inc.
Cotter Ranch Tower
100 N. Broadway Ave., Suite 3130
Oklahoma City, OK 73012


Continental Resources, Inc.
Heather Scott, Director
P.O.Box 269000
Oklahoma City, OK 73102


COPS PRODUCTS
416 HUDIBURG CIRCLE STE B
Oklahoma City, OK 73108


Coventry Investments
Cotter Ranch Tower
100 N. Broadway Ave., Suite 2430
Oklahoma City, OK 73012


CUDD Pumping Services, Inc.
Cotter Ranch Tower
100 N. Broadway Ave., Suite 2500
Oklahoma City, OK 73012


Daugherty, Fowler, Peregrin, Haught & Je
Danny Meier/Administrator
100 N. Broadway Avenue, Suite 2000
Oklahoma City, OK 73102


Deloitte, LLP
Cotter Ranch Tower
100 N. Broadway Ave., Suite 3250
Oklahoma City, OK 73012
```

Derrick & Briggs, LLP
Helen Sullivan-Reyna
100 N. Broadway Avenue, Suite 2830
Oklahoma City, OK 73102


DESTIN CONSTRUCTION INC
PO BOX 271198
Oklahoma City, OK 73137-1198


DEZIGN PARTNERSHIPS INC
3037 NW 63RD STREET 202W
Oklahoma City, OK 73116


DKT Energy & Neomorph
Joe T. Vaughn/Manager
100 N. Broadway, STE 2270
Oklahoma City, OK 73102


Dutcher & Company, Inc.
Travis L. Williams
100 N. Broadway Avenue, Suite 2100
Oklahoma City, OK 73102


EALES ELECTRONICS CORP
PO BOX 721140
Oklahoma City, OK 73172


EMCS ENTERPRISES INC
36 NE 46TH ST
Oklahoma City, OK 73105


Estate of James F. Cotter, Dec'd
c/o Marcus P. Rogers, P.C.
2135 E. Hildebrand
San Antonio, TX 78209


Estate of James F. Cotter. Dec'd
c/o Marcus P. Rogers
2135 Hildebrand
San Antonio, TX 78209


EUREKA WATER COMPANY - OZARKA WATER
AND COFFEE SERVICE
PO BOX 26730
Oklahoma City, OK 73126

Fellers, Snider, Blankenship, & Tippens
Attn: DeAnna Carter
100 N. Broadway Avenue, Suite 1700
Oklahoama City, OK 73102

Fibernet Direct Texas, LLC
Cristina Valdes
9250 West Flager Street
Miami, FL 33174

Globe Life and Accident
Sherry Garrison
100 N. Broadway Avenue, Suite 700
Oklahoma City, OK 73102

Goldfire Studios
James Simpson/President
100 N. Broadway Avenue, STE 2250
Oklahoma City, OK 73102

Hall Estill
Trent Corken-Office Administrator
100 N. Broadway Avenue, Suite 2900
Oklahoma City, OK 73102

HARRISON ORR AIR CONDITIONING LLC
4100 N WALNUT
Oklahoma City, OK 73105

HD SUPPLY FACILITIES MAINTENANCE
PO BOX 509058
San Diego, CA 92150-9058

Hymer Photography
Cotter Ranch Tower
100 N. Broadway Ave., Suite CO-03
Oklahoma City, OK 73012

InServices, Inc.
Cotter Ranch Tower
100 N. Broadway Ave., Suite 3270
Oklahoma City, OK 73012

Internal Revenue Service - Insolvency
P.O. Box 7346
Philadelphia, PA 19101-7346

iPlumb Co.
2736 S.W. 48th St.
Oklahoma City, OK 73119


James Adam Cotter
23019 Steeple Bluff
San Antonio, TX 78256


James Andrew Cotter
6 Lincoln Place
Rancho Mirage, CA 92270


James Vale Lee Cotter
28 Morning Green
San Antonio, TX 78257


JANES ELECTRIC SERVICE INC
33 NW 60TH STREET
Oklahoma City, OK 73118-7405


Jolen Operating Company
Janae Gorman
100 N. Broadway Avenue, Suite 2460
Oklahoma City, OK 73102


Jordan C. Braun
Cotter Ranch Tower
100 N. Broadway Ave., Suite 3020
Oklahoma City, OK 73012


JP Morgan Chase
Cotter Ranch Tower
100 N. Broadway Ave., Suite 400
Oklahoma City, OK 73012


KURTS PEST CONTROL INC
PO BOX 23315
Oklahoma City, OK 73123


Land Information Services
Wade Brawley/President
100 N. Broadway Avenue, Suite 2010
Oklahoma City., OK 73102

```
Law Ofc. of Robert H. Alexander
Cotter Ranch Tower
100 N. Broadway Ave., Suite 1820
Oklahoma City, OK 73012


McCoy & Orta. P.C.
Tammy Lind/Office Manager
100 N. Broadway Avenue, Suite 2600
Oklahoma City, OK 73102


Mesa Natural Gas Solutions
Cotter Ranch Tower
100 N. Broadway Ave., Suite 3120
Oklahoma City, OK 73012


METRO GLASS INC
8025 N ROCKWELL
Oklahoma City, OK 73132


Metro Technology Center, Inc.
Karla Graham
100 N. Broadway Avenue, Suite 300
Oklahoma City, OK 73102


Monnet, Hayes, Bullis PLLC
Cotter Ranch Tower
100 N. Broadway Ave., Suite 2730
Oklahoma City, OK 73012


NAFA Capital Markets
Cotter Ranch Tower
100 N. Broadway Ave., Suite 2550
Oklahoma City, OK 73012


NATURAL WOOD FLOORS INC - QUALITY FLOOR
719 N VIRGINIA AVE
Oklahoma City, OK 73106


OG&E
PO BOX 24990
Oklahoma City, OK 73124


OGP Energy Limited Partnership #1
Cotter Ranch Tower
100 N. Broadway Ave., Suite 1830
Oklahoma City, OK 73012
```

OKLAHOMA COUNTY TREASURER  
PO BOX 268875  
Oklahoma City, OK 73126-8875

Oklahoma Tax Commission  
Melissa Phillips  
2501 N. Lincoln Boulevard  
Oklahoma City, OK 73194

ON CALL JUNK HAUL LLC  
8216 NW 159TH ST  
Edmond, OK 73013

ONESOURCE MANAGED SERVICES LLC  
PO BOX 270538  
33 N MERIDIAN  
Oklahoma City, OK 73137-0538

OTIS ELEVATOR COMPANY  
PO BOX 730400  
Dallas, TX 75373-0400

Paul J. Sowell  
14200 N. May Ave Ste. 2511  
Oklahoma City, OK 73134

Petroleum Club of Oklahoma City  
Cotter Ranch Tower  
100 N. Broadway Ave., Suite 3400  
Oklahoma City, OK 73012

Pinnacle Towers  
Cotter Ranch Tower  
100 N. Broadway Ave., Suite 3050  
Oklahoma City, OK 73012

Potts Exploration, LLC  
Cotter Ranch Tower  
100 N. Broadway Ave., Suite 3200  
Oklahoma City, OK 73012

Precision Mechanical, LLC  
860656 S. 3320 Rd  
Wellston, OK 74881

R. Brown Wallace
Cotter Ranch Tower
100 N. Broadway Ave., Suite 2530
Oklahoma City, OK 73012


Richard G. Jenkins
P.O. Box 591565
San Antonio, TX 78259-1565


Rogers Safe and Lock, LLC
906 Northwest 5th Street
Oklahoma City, OK 73106


Roto Rooter
Plumbing & Drain Cleaning
3120 S. Ann Arbor Ave.
Oklahoma City, OK 73179


Russell D Thorp - Schuler Enterprise
P.O. Box 30847
Edmond, OK 73003-0015


Ruston Aviation
P.O. Box 607
Ruston, LA 71273


Samis Family Investments, LLC
Eileen Motley/Office Manager
100 N. Broadway, Suite 1850
Oklahoma city, OK 73102


Southwestern Restoration and Waterproofi
P.O. Box 54858
Oklahoma City, OK 73154-1858


Staples Contract & Commerical, Inc.
P.O. Box 415256 Dept SNA
Boston, MA 02241-5256


Talada, LLC
Cotter Ranch Tower
100 N. Broadway Ave., Suite 3025
Oklahoma City, OK 73012

Tenaris Global Services
Cotter Ranch Tower
100 N. Broadway Ave., Suite 2525
Oklahoma City, OK 73012

Tidelands Geophysical
Cotter Ranch Tower
100 N. Broadway Ave., Suite 2420
Oklahoma City, OK 73012

United Protective Services of
Oklahoma City, LP
6500 Greenville Ave, Suite 525
Dallas, TX 75206

United States Attorney General
Department of Justice
950 Pennsylvania Ave., N.W.
Washington, DC 20530

United States Attorney/IRS
601 N.W. Loop 410, Suite 600
San Antonio, TX 78216

Valeri Marie Cotter Zaharie
5743 E. Shoreline
Post Falls, ID 83854

Veolia Energy Oklahoma City Inc
Box 681038
Chicago, IL 60695-2039

Veolia North America
100 N. Broadway, Suite 1520
Oklahoma City, OK 73102

Vets Septic Service Inc.
1024 SW 21st Street
Oklahoma City, OK 73108

Vivian Claudette Mueller
102 Kathy Drive
Kerrville, TX 78028

```
Voss Electric Co
1601 Cushman Dr.
Lincoln, NE 68512


Voss Electric Co.
P.O. Box 22159
Attn: Accounts Rec.
Lincoln, NE 68542-2159


Yardi Marketplace
P.O. Box 82569
Goleta, CA 93118
```