**Fill in this information to identify the case:**

Debtor name  **Cotter Tower - Oklahoma, L.P.**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF TEXAS

Case number (if known)  17-52844-CAG

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☑ *Schedule H: Codebtors* (Official Form 206H)
☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **January 3, 2018**          X **/s/ Marcus P. Rogers**
                                          Signature of individual signing on behalf of debtor

                                          **Marcus P. Rogers**
                                          Printed name

                                          Marcus P. Rogers, as Independent Administrator for the Estate of James F. Cotter, acting as President on behalf of Cotter Ranch Tower, LLC, General Partner, acting on behalf of and authorized representative for the Debtor-in-Possession, Cotter Tower – Oklahoma, L.P.
                                          Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Fill in this information to identify the case: |
| :--- |

Debtor name    **Cotter Tower - Oklahoma, L.P.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF TEXAS

Case number (if known)    **17-52844-CAG**

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals
**12/15**

| Part 1: | Summary of Assets |
| :--- | :--- |

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................... $ **25,500,000.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................................. $ **2,601,403.76**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................... $ **28,101,403.76**

| Part 2: | Summary of Liabilities |
| :--- | :--- |

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $ **17,899,111.48**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................................... $ **141,393.62**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................ +$ **498,516.21**

4. Total liabilities ..............................................................................................
   Lines 2 + 3a + 3b                                                                                     $ **18,539,021.31**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Cotter Tower - Oklahoma, L.P.**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF TEXAS

Case number (if known) **17-52844-CAG**

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2. **Cash on hand** | **$0.00** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Bank SNB - operating account** | Checking | 5610 | $254,950.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | |
|---|---|
| | **$254,950.00** |

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1. | **Prepaid insurance** | $25,976.13 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Cotter Tower - Oklahoma, L.P.** | Case number *(If known)* **17-52844-CAG** |
|---|---|---|
| | Name | |

**9.   Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.          **$25,976.13**

---

| **Part 3:** | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

**11.     Accounts receivable**

11a. 90 days old or less:          **590,052.36**          -          **unknown**          = ....          **$590,052.36**

face amount          doubtful or uncollectible accounts

---

**12.     Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.          **$590,052.36**

---

| **Part 4:** | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

---

| **Part 5:** | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

---

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

| **Part 7:** | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.   Office furniture** | | | |
| **40.   Office fixtures** | | | |
| **41.   Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **Tools, Equipment, Funiture & Fixtures** | **$1,730,425.27** | **Book values** | **$1,730,425.27** |

42.     **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Cotter Tower - Oklahoma, L.P.** | Case number *(If known)* **17-52844-CAG** |
|---|---|---|
| | Name | |

**43.**  **Total of Part 7.**

Add lines 39 through 42.  Copy the total to line 86.

$1,730,425.27

**44.**  **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No
☐ Yes

**45.**  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 8:**   **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:**   **Real property**

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes Fill in the information below.

**55.**   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **Cotter Tower Building - 100 N. Broadway Ave., Oklahoma City, OK** | Fee simple | $29,344,354.99 | Tax records | $25,500,000.00 |

**56.**  **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

$25,500,000.00

**57.**  **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No
☐ Yes

**58.**  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 10:**   **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:**   **All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Cotter Tower - Oklahoma, L.P.** | Case number *(if known)* **17-52844-CAG** |
|---|---|---|
| | Name | |

☐ No. Go to Part 12.
☑ Yes Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

**71.** **Notes receivable**
Description (include name of obligor)

**72.** **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

**73.** **Interests in insurance policies or annuities**
**Real Property/Casualty, General Liability and Umbrella policies**                                                                       **$0.00**

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**

**Claims for unpaid rents (see item #11 above)**                                                 **Unknown**

| Nature of claim | **Contract** |
|---|---|
| Amount requested | |

**75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**Insurance claim**                                                                                                           **Unknown**

| Nature of claim | **Property damage** |
|---|---|
| Amount requested | |

**76.** **Trusts, equitable or future interests in property**

**77.** **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**78.** **Total of Part 11.**                                                                                                        **$0.00**
Add lines 71 through 77. Copy the total to line 90.

**79.** **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

Debtor  **Cotter Tower - Oklahoma, L.P.**

Name

Case number *(If known)*  **17-52844-CAG**

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $254,950.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $25,976.13 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $590,052.36 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,730,425.27 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................................>* | | $25,500,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,601,403.76 | + 91b. $25,500,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $28,101,403.76 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Cotter Tower - Oklahoma, L.P.**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF TEXAS

Case number (if known)   **17-52844-CAG**

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

  ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

  ☑ Yes. Fill in all of the information below.

**Part 1:**   **List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1**   **A-Russell's Mr. Rooter, Inc.**<br>Creditor's Name<br><br>**8132 W. Reno**<br>**Oklahoma City, OK 73127**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Cotter Tower Building - 100 N. Broadway Ave., Oklahoma City, OK** | **$0.00** | **$25,500,000.00** |

Creditor's email address, if known

Describe the lien
**Judgment Lien (Satisfied)**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**1/19/15**
Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Oklahoma County Assessor**
**2. Bank SNB, N.A.**
**3. Bank SNB, N.A.**
**4. A-Russell's Mr. Rooter, Inc.**
**5. Roto Rooter**
**6. Coe Plumbing, Inc.**
**7. iPlumb Co.**

| | | | |
|---|---|---|---|
| **2.2**   **Bank SNB, N.A.**<br>Creditor's Name<br>**6301 Waterford Blvd., Suite 101**<br>**Oklahoma City, OK 73118**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Cotter Tower Building - 100 N. Broadway Ave., Oklahoma City, OK** | **$14,917,510.39** | **$25,500,000.00** |

Creditor's email address, if known

Describe the lien
**Deed of Trust**
Is the creditor an insider or related party?
☑ No
☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Cotter Tower - Oklahoma, L.P.** | Case number (if know) | **17-52844-CAG** |
|---|---|---|---|
| | Name | | |

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Bank SNB, N.A.** | | $2,633,572.53 | $25,500,000.00 |
|---|---|---|---|---|

Creditor's Name

**6301 Waterford Blvd., Suite 101**
**Oklahoma City, OK 73118**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2017**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**Describe debtor's property that is subject to a lien**
**Cotter Tower Building - 100 N. Broadway Ave., Oklahoma City, OK**

**Describe the lien**
**Cross collaterized lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Coe Plumbing, Inc.** | | $1,704.63 | $25,500,000.00 |
|---|---|---|---|---|

Creditor's Name

**3928 E. Reno Ave.**
**Oklahoma City, OK 73117**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**7/14/17**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**Describe debtor's property that is subject to a lien**
**Cotter Tower Building - 100 N. Broadway Ave., Oklahoma City, OK**

**Describe the lien**
**Mechanic's Lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **iPlumb Co.** | | **Describe debtor's property that is subject to a lien** | $2,850.00 | $25,500,000.00 |
|---|---|---|---|---|---|

---

| Debtor | **Cotter Tower - Oklahoma, L.P.** | Case number (if know) | **17-52844-CAG** |
|---|---|---|---|
| | Name | | |

Creditor's Name

**2736 S.W. 48th St.**
**Oklahoma City, OK 73119**

Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
**Cotter Tower Building - 100 N. Broadway**
**Ave., Oklahoma City, OK**

**Describe the lien**
**Mechanic's Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**8/25/17**

Last 4 digits of account number

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

■ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Oklahoma County Assessor** | **Describe debtor's property that is subject to a lien** | **$317,947.00** | **$25,500,000.00** |
|---|---|---|---|---|

Creditor's Name

**320 Robert S. Kerr Avenue #313**
**Oklahoma City, OK 73102**

Creditor's mailing address

Creditor's email address, if known

**Cotter Tower Building - 100 N. Broadway**
**Ave., Oklahoma City, OK**

**Describe the lien**
**Statutory Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Roto Rooter** | **Describe debtor's property that is subject to a lien** | **$25,526.93** | **$25,500,000.00** |
|---|---|---|---|---|

Creditor's Name

**Plumbing & Drain Cleaning**
**3120 S. Ann Arbor Ave.**
**Oklahoma City, OK 73179**

Creditor's mailing address

Creditor's email address, if known

**Cotter Tower Building - 100 N. Broadway**
**Ave., Oklahoma City, OK**

**Describe the lien**
**Mechanic's Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**5/19/17**

Last 4 digits of account number

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor   **Cotter Tower - Oklahoma, L.P.**
_____
　　　　　Name

Case number (*if know*)   **17-52844-CAG**
_____

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

---

3.　**Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**　　| $17,899,111.48 |

---

**Part 2:**　**List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| Fill in this information to identify the case: |
| --- |

Debtor name    **Cotter Tower - Oklahoma, L.P.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF TEXAS

Case number (if known)    **17-52844-CAG**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$22,405.50** | **$2,850.00** |
| --- | --- | --- | --- | --- |
|  | **BancFirst** | *Check all that apply.* |  |  |
|  | **Randy Foraker, EVP, Chief Risk Officer** | ☑ Contingent |  |  |
|  | **P. O. Box 26788** | ☐ Unliquidated |  |  |
|  | **Oklahoma City, OK 73126-0788** | ☐ Disputed |  |  |
|  | Date or dates debt was incurred | Basis for the claim: |  |  |
|  |  | **Security Deposit** |  |  |
|  | Last 4 digits of account number | Is the claim subject to offset? |  |  |
|  | Specify Code subsection of PRIORITY | ☑ No |  |  |
|  | unsecured claim: 11 U.S.C. § 507(a) (7) | ☐ Yes |  |  |

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$8,041.25** | **$2,850.00** |
| --- | --- | --- | --- | --- |
|  | **Chubbuck Duncan & Robey, P.C.** | *Check all that apply.* |  |  |
|  | **Cotter Ranch Tower** | ☑ Contingent |  |  |
|  | **100 N. Broadway Ave., Suite 2300** | ☐ Unliquidated |  |  |
|  | **Oklahoma City, OK 73012** | ☐ Disputed |  |  |
|  | Date or dates debt was incurred | Basis for the claim: |  |  |
|  |  | **Security Deposit** |  |  |
|  | Last 4 digits of account number | Is the claim subject to offset? |  |  |
|  | Specify Code subsection of PRIORITY | ☑ No |  |  |
|  | unsecured claim: 11 U.S.C. § 507(a) (7) | ☐ Yes |  |  |

| Debtor | **Cotter Tower - Oklahoma, L.P.** | | Case number (if known) | **17-52844-CAG** |
|--------|-----------------------------------|--|------------------------|------------------|
| | Name | | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $13,648.96 | $2,850.00 |
|-----|----------------------------------------------|-----------------------------------------------|------------|-----------|

**Continental Resources, Inc.**
**Heather Scott, Director**
**P.O.Box 269000**
**Oklahoma City, OK 73102**

*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $750.00 | $750.00 |
|-----|----------------------------------------------|-----------------------------------------------|---------|---------|

**Coventry Investments**
**Cotter Ranch Tower**
**100 N. Broadway Ave., Suite 2430**
**Oklahoma City, OK 73012**

*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,703.83 | $2,850.00 |
|-----|----------------------------------------------|-----------------------------------------------|-----------|-----------|

**CUDD Pumping Services, Inc.**
**Cotter Ranch Tower**
**100 N. Broadway Ave., Suite 2500**
**Oklahoma City, OK 73012**

*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,833.50 | $2,850.00 |
|-----|----------------------------------------------|-----------------------------------------------|-----------|-----------|

**Deloitte, LLP**
**Cotter Ranch Tower**
**100 N. Broadway Ave., Suite 3250**
**Oklahoma City, OK 73012**

*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| Debtor | **Cotter Tower - Oklahoma, L.P.** | Case number (if known) | **17-52844-CAG** |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $41,856.29 | $2,850.00 |
|---|---|---|---|---|

**Globe Life and Accident Ins.**
**Sherry Garrison**
**100 N. Broadway Avenue, Suite 700**
**Oklahoma City, OK 73102**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,394.00 | $1,394.00 |
|---|---|---|---|---|

**Goldfire Studios, Inc.**
**James Simpson/President**
**100 N. Broadway Avenue, STE 2250**
**Oklahoma City, OK 73102**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,927.92 | $2,850.00 |
|---|---|---|---|---|

**InServices, Inc.**
**Cotter Ranch Tower**
**100 N. Broadway Ave., Suite 3270**
**Oklahoma City, OK 73012**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Internal Revenue Service - Insolvency**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| Debtor | **Cotter Tower - Oklahoma, L.P.** | | Case number (if known) | **17-52844-CAG** |
| | Name | | | |

---

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,749.92 | $2,850.00 |

**Land Information Services**
**Wade Brawley/President**
**100 N. Broadway Avenue, Suite 2010**
**Oklahoma City., OK 73102**

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,792.13 | $2,850.00 |

**Law Ofc. of Robert H. Alexander, Jr.**
**Cotter Ranch Tower**
**100 N. Broadway Ave., Suite 1820**
**Oklahoma City, OK 73012**

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 | $500.00 |

**Mesa Natural Gas Solutions**
**Cotter Ranch Tower**
**100 N. Broadway Ave., Suite 3120**
**Oklahoma City, OK 73012**

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,231.40 | $2,850.00 |

**Metro Technology Center, Inc.**
**Karla Graham**
**100 N. Broadway Avenue, Suite 300**
**Oklahoma City, OK 73102**

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com |

| Debtor | **Cotter Tower - Oklahoma, L.P.** | Case number (if known) | **17-52844-CAG** |
|---|---|---|---|
| | Name | | |

---

**2.15** | Priority creditor's name and mailing address

**Monnet, Hayes, Bullis PLLC**
**Cotter Ranch Tower**
**100 N. Broadway Ave., Suite 2730**
**Oklahoma City, OK 73012**

As of the petition filing date, the claim is:        **$2,500.00**        **$2,500.00**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Security Deposit** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ☑ No   ☐ Yes |

---

**2.16** | Priority creditor's name and mailing address

**Samis Family Investments, LLC**
**Eileen Motley/Office Manager**
**100 N. Broadway, Suite 1850**
**Oklahoma city, OK 73102**

As of the petition filing date, the claim is:        **$2,283.17**        **$2,283.17**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Security Deposit** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ☑ No   ☐ Yes |

---

**2.17** | Priority creditor's name and mailing address

**Tenaris Global Services**
**Cotter Ranch Tower**
**100 N. Broadway Ave., Suite 2525**
**Oklahoma City, OK 73012**

As of the petition filing date, the claim is:        **$4,225.92**        **$2,850.00**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Security Deposit** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ☑ No   ☐ Yes |

---

**2.18** | Priority creditor's name and mailing address

**Tidelands Geophysical**
**Cotter Ranch Tower**
**100 N. Broadway Ave., Suite 2420**
**Oklahoma City, OK 73012**

As of the petition filing date, the claim is:        **$1,549.83**        **$1,549.83**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Security Deposit** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ☑ No   ☐ Yes |

---

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | **Cotter Tower - Oklahoma, L.P.** | Case number (if known) | **17-52844-CAG** |
|---|---|---|---|
| | Name | | |

---

**3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$51,956.53**

**American Staffcorp of OKC, LLC**
**6301 S. Mingo Rd.**
**Tulsa, OK 74133-6319**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt (Note: Pre-lien notice sent)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Bettye Ruth Cotter**
**7800 Indian Springs**
**Edmond, OK 73013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Cotter Estate Heir**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$535.00**

**BL3 Inc. Plumbing and Drain Cleaning**
**P.O. Box 6499**
**Oklahoma City, OK 73153-0499**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20,523.37**

**Brierly Plumbing Technologies**
**Roto Rooter Plumbing**
**3120 S Ann Arbor Ave.**
**Oklahoma City, OK 73179**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$662.44**

**Calverts Plant Interiors, Inc.**
**5308 Classen Blvd.**
**Oklahoma City, OK 73118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**CBRE Inc**
**P.O. Box 848844**
**Los Angeles, CA 90084-8844**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Duplicate notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17,641.29**

**CBRE, Inc.**
**3401 NW 63rd St., Suite 400**
**Oklahoma City, OK 73116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Management fees**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Cotter Tower - Oklahoma, L.P. | Case number (if known) | 17-52844-CAG |
|---|---|---|---|
| | Name | | |

---

**3.8**

**Nonpriority creditor's name and mailing address**
CHRISTOPHER LEE MEILE - URBAN LOCKWERX LLC
3101 ABBEY RD
Oklahoma City, OK 73120

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt 

Is the claim subject to offset? ■ No ☐ Yes

$1,406.01

---

**3.9**

**Nonpriority creditor's name and mailing address**
CITY OF OKLAHOMA CITY
BOX 3 420 WEST MAINT ST STE 120
Oklahoma City, OK 73102

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Dues 

Is the claim subject to offset? ■ No ☐ Yes

$28,721.58

---

**3.10**

**Nonpriority creditor's name and mailing address**
CITY OF OKLAHOMA CITY
PO BOX 26570
Oklahoma City, OK 73126-0570

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Duplicate notice 

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.11**

**Nonpriority creditor's name and mailing address**
COE PLUMBING INC
PO BOX 15482
Oklahoma City, OK 73155

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt 

Is the claim subject to offset? ■ No ☐ Yes

$1,406.63

---

**3.12**

**Nonpriority creditor's name and mailing address**
Convergint Technologies, LLC
c/o James Vogt
Reynolds, Redings, Vogt & McCart, PLLC
101 Park Avenue, Suite 1010
Oklahoma City, OK 73102

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Vendor 

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.13**

**Nonpriority creditor's name and mailing address**
COPS PRODUCTS
416 HUDIBURG CIRCLE STE B
Oklahoma City, OK 73108

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt 

Is the claim subject to offset? ■ No ☐ Yes

$368.50

---

**3.14**

**Nonpriority creditor's name and mailing address**
Destin Construction Inc.
P.O. Box 271198
Oklahoma City, OK 73137-1198

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt 

Is the claim subject to offset? ■ No ☐ Yes

$3,118.00

---

| Debtor | **Cotter Tower - Oklahoma, L.P.** | Case number (if known) | **17-52844-CAG** |
|---|---|---|---|
| | Name | | |

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,430.00** |
|---|---|---|---|

**DEZIGN PARTNERSHIPS INC**
**3037 NW 63RD STREET 202W**
**Oklahoma City, OK 73116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$524.54** |
|---|---|---|---|

**Eales Electronics Corp.**
**P.O. Box 721140**
**Oklahoma City, OK 73172**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$600.00** |
|---|---|---|---|

**EMCS Enterprises, Inc.**
**36 N.E. 46TH ST**
**Oklahoma City, OK 73105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Estate of James F. Cotter, Dec'd**
**c/o Marcus P. Rogers, P.C.**
**2135 E. Hildebrand**
**San Antonio, TX 78209**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Potential claim for sums owed & expenses of administration pursuant to Texas Estates Code**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$14.84** |
|---|---|---|---|

**EUREKA WATER COMPANY - OZARKA WATER**
**AND COFFEE SERVICE**
**PO BOX 26730**
**Oklahoma City, OK 73126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$275.00** |
|---|---|---|---|

**Harrison Orr Air Conditioning, LLC**
**4100 N. Walnut**
**Oklahoma City, OK 73105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$28.43** |
|---|---|---|---|

**HD Supply Facilities Maintenance**
**P.O. Box 509058**
**San Diego, CA 92150-9058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Cotter Tower - Oklahoma, L.P.** | Case number (if known) | **17-52844-CAG** |
|---|---|---|---|
| | Name | | |

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**James Adam Cotter**
**23019 Steeple Bluff**
**San Antonio, TX 78256**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Cotter Estate Heir**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**James Andrew Cotter**
**6 Lincoln Place**
**Rancho Mirage, CA 92270**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Cotter Estate Heir**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**James Vale Lee Cotter**
**28 Morning Green**
**San Antonio, TX 78257**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Cotter Estate Heir**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,638.37 |
|---|---|---|---|

**Janes Electric Service, Inc.**
**33 NW 60TH Street**
**Oklahoma City, OK 73118-7405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,900.00 |
|---|---|---|---|

**Kurts Pest Control, Inc.**
**P.O. Box 23315**
**Oklahoma City, OK 73123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,984.61 |
|---|---|---|---|

**Metro Glass, Inc.**
**8025 N. Rockwell**
**Oklahoma City, OK 73132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,000.00 |
|---|---|---|---|

**NATURAL WOOD FLOORS INC - QUALITY**
**FLOOR**
**719 N VIRGINIA AVE**
**Oklahoma City, OK 73106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Cotter Tower - Oklahoma, L.P. | Case number (if known) | 17-52844-CAG |
|---|---|---|---|
| | Name | | |

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**OG&E**
P.O. Box 24990
Oklahoma City, OK 73124

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,342.18 |
|---|---|---|---|

**Oklahoma County Treasurer**
P.O. Box 268875
Oklahoma City, OK 73126-8875

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,150.00 |
|---|---|---|---|

**On Call Junk Haul, LLC**
8216 N.W. 159th St.
Edmond, OK 73013

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,451.61 |
|---|---|---|---|

**Onesource Managed Services, LLC**
P.O. Box 270538
33 N. Meridian
Oklahoma City, OK 73137-0538

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $55,332.22 |
|---|---|---|---|

**Otis Elevator Company**
P.O. Box 730400
Dallas, TX 75373-0400

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,471.04 |
|---|---|---|---|

**Paul J. Sowell**
14200 N. May Ave Ste. 2511
Oklahoma City, OK 73134

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42,426.79 |
|---|---|---|---|

**Precision Mechanical, LLC**
860656 S. 3320 Rd
Wellston, OK 74881

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☑ No ☐ Yes

| Debtor | **Cotter Tower - Oklahoma, L.P.** | Case number (if known) | **17-52844-CAG** |
|---|---|---|---|
| | Name | | |

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$175.00**

**Richard G. Jenkins**
P.O. Box 591565
San Antonio, TX 78259-1565

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$105.00**

**Rogers Safe and Lock, LLC**
906 Northwest 5th Street
Oklahoma City, OK 73106

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.38** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,567.48**

**Russell D Thorp - Schuler Enterprise**
P.O. Box 30847
Edmond, OK 73003-0015

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.39** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,100.00**

**Southwestern Restoration and Waterproofi**
P.O. Box 54858
Oklahoma City, OK 73154-1858

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.40** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,308.36**

**Staples Contract & Commerical, Inc.**
P.O. Box 415256 Dept SNA
Boston, MA 02241-5256

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.41** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$40,489.76**

**United Protective Services of**
**Oklahoma City, LP**
6500 Greenville Ave, Suite 525
Dallas, TX 75206

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.42** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Valeri Marie Cotter Zaharie**
5743 E. Shoreline
Post Falls, ID 83854

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Cotter Estate Heir**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | Cotter Tower - Oklahoma, L.P. | Case number (if known) | 17-52844-CAG |
|---|---|---|---|
| | Name | | |

---

**3.43** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$166,677.00**

**Veolia Energy Oklahoma City Inc**
**Box 681038**
**Chicago, IL 60695-2039**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.44** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,675.00**

**Vets Septic Service Inc.**
**1024 SW 21st Street**
**Oklahoma City, OK 73108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.45** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Vivian Claudette Mueller**
**102 Kathy Drive**
**Kerrville, TX 78028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Cotter Estate Heir__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.46** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$157.03**

**Voss Electric Co**
**1601 Cushman Dr.**
**Lincoln, NE 68512**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.47** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$894.96**

**Voss Electric Co.**
**P.O. Box 22159**
**Attn: Accounts Rec.**
**Lincoln, NE 68542-2159**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.48** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$457.64**

**Yardi Marketplace**
**P.O. Box 82569**
**Goleta, CA 93118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Mr. Larry Ball**<br>**Hall Estill**<br>**100 N Broadway, Suite 2900**<br>**Oklahoma City, OK 73102** | Line __3.1__<br><br>☐ Not listed. Explain ____ | _ |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Cotter Tower - Oklahoma, L.P.** | Case number (if known) | **17-52844-CAG** |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.2 | **United States Attorney General** **Department of Justice** **950 Pennsylvania Ave., N.W.** **Washington, DC 20530** | Line  **2.10** ☐ Not listed. Explain ____ | _ |
| 4.3 | **United States Attorney/IRS** **601 N.W. Loop 410, Suite 600** **San Antonio, TX 78216** | Line  **2.10** ☐ Not listed. Explain ____ | _ |

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 141,393.62 |
| **5b. Total claims from Part 2** | 5b. + | $ 498,516.21 |
| **5c. Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ 639,909.83 |

**Fill in this information to identify the case:**

Debtor name   **Cotter Tower - Oklahoma, L.P.**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF TEXAS

Case number (if known)   **17-52844-CAG**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal  Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **Commercial office lease** |
|    State the term remaining | **Accenture, LLP**<br>**Attention: RECM**<br>**Reginald Taylor-Ochoa**<br>**131 N. Clark Street**<br>**Chicago, IL 60601** |
|    List the contract number of any government contract | |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | **Commercial office lease** |
|    State the term remaining | **Andrews Davis, PC**<br>**Cathy Collins/Administrator**<br>**100 N. Broadway, Suite 3300**<br>**Oklahoma City, OK 73102** |
|    List the contract number of any government contract | |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest | **Commercial office lease** |
|    State the term remaining | **Arapahoe Resources**<br>**Cotter Ranch Tower**<br>**100 N. Broadway Ave., Suite 3150**<br>**Oklahoma City, OK 73012** |
|    List the contract number of any government contract | |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest | **Commercial office lease** |
|    State the term remaining | **BancFirst**<br>**Randy Foraker, EVP, Chief Risk Officer**<br>**P. O. Box 26788**<br>**Oklahoma City, OK 73126-0788** |
|    List the contract number of any government contract | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **Cotter Tower - Oklahoma, L.P.** | | | Case number *(if known)* | **17-52844-CAG** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

**2.5.** State what the contract or lease is for and the nature of the debtor's interest

**Commercial office lease**

State the term remaining

List the contract number of any government contract

Brake Away Logistics
Cotter Ranch Tower
100 N. Broadway Ave., Suite 3108
Oklahoma City, OK 73012

---

**2.6.** State what the contract or lease is for and the nature of the debtor's interest

**Property Management agreement**

State the term remaining

List the contract number of any government contract

CBRE, Inc.
P.O. Box 848844
Los Angeles, CA 90084-8844

---

**2.7.** State what the contract or lease is for and the nature of the debtor's interest

**Commercial office lease**

State the term remaining

List the contract number of any government contract

Chansolme Harroz Achnebel, PLLC
Layni Carney/Office Manager
100 N Broadway Avenue, Suite 1800
Oklahoma City, OK 73102

---

**2.8.** State what the contract or lease is for and the nature of the debtor's interest

**Commercial office lease**

State the term remaining

List the contract number of any government contract

Chubbuck Duncan & Robey, P.C.
Cotter Ranch Tower
100 N. Broadway Ave., Suite 2300
Oklahoma City, OK 73012

---

**2.9.** State what the contract or lease is for and the nature of the debtor's interest

**Commercial office lease**

State the term remaining

List the contract number of any government contract

Commercial Oklahoma, Inc.
Cotter Ranch Tower
100 N. Broadway Ave., Suite 3130
Oklahoma City, OK 73012

---

**2.10.** State what the contract or lease is for and the nature of the debtor's interest

**Commercial office lease**

State the term remaining

List the contract number of any

Continental Resources, Inc.
Heather Scott, Director
P.O.Box 269000
Oklahoma City, OK 73102

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Cotter Tower - Oklahoma, L.P.** | | Case number *(if known)* | **17-52844-CAG** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | Commercial office lease | |
|---|---|---|---|
| | State the term remaining | | Coventry Investments<br>Cotter Ranch Tower<br>100 N. Broadway Ave., Suite 2430<br>Oklahoma City, OK 73012 |
| | List the contract number of any government contract | | |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | Commercial office lease | |
|---|---|---|---|
| | State the term remaining | | CUDD Pumping Services, Inc.<br>Cotter Ranch Tower<br>100 N. Broadway Ave., Suite 2500<br>Oklahoma City, OK 73012 |
| | List the contract number of any government contract | | |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | Commercial office lease | |
|---|---|---|---|
| | State the term remaining | | Daugherty, Fowler, Peregrin, Haught & Je<br>Danny Meier/Administrator<br>100 N. Broadway Avenue, Suite 2000<br>Oklahoma City, OK 73102 |
| | List the contract number of any government contract | | |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | Commercial office lease | |
|---|---|---|---|
| | State the term remaining | | Deloitte, LLP<br>Cotter Ranch Tower<br>100 N. Broadway Ave., Suite 3250<br>Oklahoma City, OK 73012 |
| | List the contract number of any government contract | | |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | Commercial office lease | |
|---|---|---|---|
| | State the term remaining | | Derrick & Briggs, LLP<br>Helen Sullivan-Reyna<br>100 N. Broadway Avenue, Suite 2830<br>Oklahoma City, OK 73102 |
| | List the contract number of any government contract | | |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | Commercial office lease | DKT Energy & Neomorph<br>Joe T. Vaughn/Manager<br>100 N. Broadway, STE 2270<br>Oklahoma City, OK 73102 |
|---|---|---|---|

| Debtor 1 | **Cotter Tower - Oklahoma, L.P.** | | Case number (*if known*) | **17-52844-CAG** |
|---|---|---|---|---|
| | First Name  Middle Name  Last Name | | | |



**Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | State the term remaining | |
| | List the contract number of any government contract | |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial office lease** |
| | State the term remaining | **Dutcher & Company, Inc.** |
| | | **Travis L. Williams** |
| | List the contract number of any government contract | **100 N. Broadway Avenue, Suite 2100** |
| | | **Oklahoma City, OK 73102** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial office lease** |
| | State the term remaining | **Fellers, Snider, Blankenship, & Tippens** |
| | | **Attn: DeAnna Carter** |
| | List the contract number of any government contract | **100 N. Broadway Avenue, Suite 1700** |
| | | **Oklahoama City, OK 73102** |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial office lease** |
| | State the term remaining | **Fibernet Direct Texas, LLC** |
| | | **Cristina Valdes** |
| | List the contract number of any government contract | **9250 West Flager Street** |
| | | **Miami, FL 33174** |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial office lease** |
| | State the term remaining | **Globe Life and Accident Ins.** |
| | | **Sherry Garrison** |
| | List the contract number of any government contract | **100 N. Broadway Avenue, Suite 700** |
| | | **Oklahoma City, OK 73102** |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial office lease** |
| | State the term remaining | **Goldfire Studios, Inc.** |
| | | **James Simpson/President** |
| | List the contract number of any government contract | **100 N. Broadway Avenue, STE 2250** |
| | | **Oklahoma City, OK 73102** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

| Debtor 1 | **Cotter Tower - Oklahoma, L.P.** | | Case number (*if known*) | **17-52844-CAG** |
|---|---|---|---|---|
| | First Name     Middle Name     Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial office lease** |
|---|---|---|
| | State the term remaining | **Hall Estill**<br>**Trent Corken-Office Administrator**<br>**100 N. Broadway Avenue, Suite 2900**<br>**Oklahoma City, OK 73102** |
| | List the contract number of any government contract | |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial office lease** |
|---|---|---|
| | State the term remaining | **Hymer Photography**<br>**Cotter Ranch Tower**<br>**100 N. Broadway Ave., Suite CO-03**<br>**Oklahoma City, OK 73012** |
| | List the contract number of any government contract | |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial office lease** |
|---|---|---|
| | State the term remaining | **InServices, Inc.**<br>**Cotter Ranch Tower**<br>**100 N. Broadway Ave., Suite 3270**<br>**Oklahoma City, OK 73012** |
| | List the contract number of any government contract | |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial office lease** |
|---|---|---|
| | State the term remaining | **Jolen Operating Company**<br>**Janae Gorman**<br>**100 N. Broadway Avenue, Suite 2460**<br>**Oklahoma City, OK 73102** |
| | List the contract number of any government contract | |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial office lease** |
|---|---|---|
| | State the term remaining | **Jordan C. Braun**<br>**Cotter Ranch Tower**<br>**100 N. Broadway Ave., Suite 3020**<br>**Oklahoma City, OK 73012** |
| | List the contract number of any government contract | |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial office lease** |
|---|---|---|
| | State the term remaining | **JP Morgan Chase**<br>**Cotter Ranch Tower**<br>**100 N. Broadway Ave., Suite 400**<br>**Oklahoma City, OK 73012** |
| | List the contract number of any | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | **Cotter Tower - Oklahoma, L.P.** | | Case number (*if known*) | **17-52844-CAG** |
|---|---|---|---|---|
| | First Name  Middle Name  Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial office lease** | |
|---|---|---|---|
| | State the term remaining | | **Land Information Services**<br>**Wade Brawley/President**<br>**100 N. Broadway Avenue, Suite 2010**<br>**Oklahoma City., OK 73102** |
| | List the contract number of any government contract | | |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial office lease** | |
|---|---|---|---|
| | State the term remaining | | **Law Ofc. of Robert H. Alexander, Jr.**<br>**Cotter Ranch Tower**<br>**100 N. Broadway Ave., Suite 1820**<br>**Oklahoma City, OK 73012** |
| | List the contract number of any government contract | | |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial office lease** | |
|---|---|---|---|
| | State the term remaining | | **McCoy & Orta. P.C.**<br>**Tammy Lind/Office Manager**<br>**100 N. Broadway Avenue, Suite 2600**<br>**Oklahoma City, OK 73102** |
| | List the contract number of any government contract | | |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial office lease** | |
|---|---|---|---|
| | State the term remaining | | **Mesa Natural Gas Solutions**<br>**Cotter Ranch Tower**<br>**100 N. Broadway Ave., Suite 3120**<br>**Oklahoma City, OK 73012** |
| | List the contract number of any government contract | | |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial office lease** | |
|---|---|---|---|
| | State the term remaining | | **Metro Technology Center, Inc.**<br>**Karla Graham**<br>**100 N. Broadway Avenue, Suite 300**<br>**Oklahoma City, OK 73102** |
| | List the contract number of any government contract | | |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial office lease** | **Monnet, Hayes, Bullis PLLC**<br>**Cotter Ranch Tower**<br>**100 N. Broadway Ave., Suite 2730**<br>**Oklahoma City, OK 73012** |
|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

| Debtor 1 | **Cotter Tower - Oklahoma, L.P.** | | Case number (*if known*) | **17-52844-CAG** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | State the term remaining | |
|---|---|---|
| | List the contract number of any government contract | |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial office lease** |
|---|---|---|
| | State the term remaining | **NAFA Capital Markets** |
| | List the contract number of any government contract | **Cotter Ranch Tower 100 N. Broadway Ave, Suite 2550 Oklahoma City, OK 73012** |

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial office lease** |
|---|---|---|
| | State the term remaining | **OGP Energy Limited Partnership #1** |
| | List the contract number of any government contract | **Cotter Ranch Tower 100 N. Broadway Ave., Suite 1830 Oklahoma City, OK 73012** |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial office lease** |
|---|---|---|
| | State the term remaining | **Oklahoma Tax Commission** |
| | List the contract number of any government contract | **Melissa Phillips 2501 N. Lincoln Boulevard Oklahoma City, OK 73194** |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial office lease** |
|---|---|---|
| | State the term remaining | **Petroleum Club of Oklahoma City** |
| | List the contract number of any government contract | **Cotter Ranch Tower 100 N. Broadway Ave., Suite 3400 Oklahoma City, OK 73012** |

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial office lease** |
|---|---|---|
| | State the term remaining | **Pinnacle Towers** |
| | List the contract number of any government contract | **Cotter Ranch Tower 100 N. Broadway Ave., Suite 3050 Oklahoma City, OK 73012** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Cotter Tower - Oklahoma, L.P.** | | Case number *(if known)* | **17-52844-CAG** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial office lease** | |
|---|---|---|---|
| | State the term remaining | | **Potts Exploration, LLC** |
| | List the contract number of any government contract | | **909 E. Britton Road**<br>**Oklahoma City, OK 73114** |

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial office lease** | |
|---|---|---|---|
| | State the term remaining | | **R. Brown Wallace**<br>**Cotter Ranch Tower** |
| | List the contract number of any government contract | | **100 N. Broadway Ave., Suite 2530**<br>**Oklahoma City, OK 73012** |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial office lease** | |
|---|---|---|---|
| | State the term remaining | | **Ruston Aviation** |
| | List the contract number of any government contract | | **P.O. Box 607**<br>**Ruston, LA 71273** |

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial office lease** | |
|---|---|---|---|
| | State the term remaining | | **Samis Family Investments, LLC**<br>**Eileen Motley/Office Manager** |
| | List the contract number of any government contract | | **100 N. Broadway, Suite 1850**<br>**Oklahoma city, OK 73102** |

| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial office lease** | |
|---|---|---|---|
| | State the term remaining | | **Talada, LLC**<br>**Cotter Ranch Tower** |
| | List the contract number of any government contract | | **100 N. Broadway Ave., Suite 3025**<br>**Oklahoma City, OK 73012** |

| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial office lease** | |
|---|---|---|---|
| | State the term remaining | | **Tenaris Global Services**<br>**Cotter Ranch Tower** |
| | List the contract number of any | | **100 N. Broadway Ave., Suite 2525**<br>**Oklahoma City, OK 73012** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    

| Debtor 1 | **Cotter Tower - Oklahoma, L.P.** | | Case number *(if known)* | **17-52844-CAG** |
| --- | --- | --- | --- | --- |
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |
| government contract | |

| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial office lease** | |
| --- | --- | --- | --- |
| | State the term remaining | | **Tidelands Geophysical** |
| | List the contract number of any government contract | | **Cotter Ranch Tower**<br>**100 N. Broadway Ave., Suite 2420**<br>**Oklahoma City, OK 73012** |

| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial office lease** | |
| --- | --- | --- | --- |
| | State the term remaining | | **Veolia North America** |
| | List the contract number of any government contract | | **100 N. Broadway, Suite 1520**<br>**Oklahoma City, OK 73102** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Cotter Tower - Oklahoma, L.P.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF TEXAS

Case number (if known) **17-52844-CAG**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| 2.1 | **Estate of James F. Cotter. Dec'd** | c/o Marcus P. Rogers Ind. Adm. of the Est. of James F. Cotter 2135 Hildebrand San Antonio, TX 78209 | **Bank SNB, N.A.** | ■ D  **2.2** ☐ E/F _____ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name __**Cotter Tower - Oklahoma, L.P.**__

United States Bankruptcy Court for the:  WESTERN DISTRICT OF TEXAS

Case number (if known)  __**17-52844-CAG**__

☐ Check if this is an amended filing

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy      04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:** Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2017** to **Filing Date** | ☐ Operating a business<br>■ Other  __Leasing__ | **$5,357,397.00** |
| **For prior year:**<br>From  **1/01/2016** to **12/31/2016** | ☐ Operating a business<br>■ Other  __Leasing__ | **$5,437,405.00** |
| **For year before that:**<br>From  **1/01/2015** to **12/31/2015** | ☐ Operating a business<br>■ Other  __Leasing__ | **$6,900,632.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- |

**Part 2:** List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
| --- | --- | --- | --- |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Cotter Tower - Oklahoma, L.P.** | | Case number *(if known)* | **17-52844-CAG** |
|---|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **Republic Parking Systems**<br>**One Myriad Gardens**<br>**Oklahoma City, OK 73102** | Last 3 mos. | $159,768.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.2. **Veolia Energy Oklahoma City Inc**<br>**Box 681038**<br>**Chicago, IL 60695-2039** | Last 3 mos. | $323,938.18 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.3. **CBRE, Inc.**<br>**3401 NW 63rd St., Suite 400**<br>**Oklahoma City, OK 73116** | Last 3 mos. | $29,325.09 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.4. **United Protective Services of**<br>**Oklahoma City, LP**<br>**6500 Greenville Ave, Suite 525**<br>**Dallas, TX 75206** | Last 3 mos. | $66,990.96 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.5. **American Staffcorp of OKC, LLC**<br>**6301 S. Mingo Rd.**<br>**Tulsa, OK 74133-6319** | Last 3 mos. | $14,926.14 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.6. **City of Oklahoma City**<br>**BOX 3 420 West Maint St, Suite 120**<br>**Oklahoma City, OK 73102** | Last 3 mos. | $13,222.59 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.7. **OG&E**<br>**P.O. Box 24990**<br>**Oklahoma City, OK 73124** | Last 3 mos. | $148,522.14 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.8. **Precision Mechanical, LLC**<br>**860656 S. 3320 Rd**<br>**Wellston, OK 74881** | Last 3 mos. | $27,052.19 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other___ |

| Debtor | **Cotter Tower - Oklahoma, L.P.** | | Case number *(if known)* | **17-52844-CAG** |
|---|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.9. **Otis Elevator Company**<br>P.O. Box 730400<br>Dallas, TX 75373-0400 | Last 3 mos. | $16,823.53 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.10. **Simplex Grinnell, LP**<br>2835 S Utah Ave<br>Oklahoma City, OK 73108 | Last 3 mos. | $8,394.71 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.11. **Russell D Thorp - Schuler Enterprise**<br>P.O. Box 30847<br>Edmond, OK 73003-0015 | Last 3 mos. | $6,976.75 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.12. **First Maintenance Company**<br>208 NW 60th St<br>Oklahoma City, OK 73118 | Last 3 mos. | $40,087.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.13. **DH Pace Company, Inc.**<br>5217 SW 23rd St<br>Oklahoma City, OK 73128 | 11/21/2017 | $7,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Urban Space Construction, LLC**<br>6 Mallory Lane<br>San Antonio, TX 78257<br>Owner in Debtor's owner's son | 2017 | $51,902.00 | **Tenant improvements** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     

| Debtor | Cotter Tower - Oklahoma, L.P. | Case number *(if known)* | 17-52844-CAG |
|---|---|---|---|

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

---

**Part 3:   Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Convergint Technologies, LLC vs. James V. Cotter & Cotter Tower-Oklahoma, LP d/b/a Cotter Ranch Tower<br>CS-2017-8484 | Breach of contract claims | District Court, Oklahoma County | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:   Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:   Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| Claim for wind damage | Claim denied (insurer denied that claim was covered) | | Unknown |

---

**Part 6:   Certain Payments or Transfers**

| Debtor | **Cotter Tower - Oklahoma, L.P.** | Case number *(if known)* | **17-52844-CAG** |
|---|---|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Law Office of H. Anthony Hervol**<br>**4414 Centerview Dr., Suite 200**<br>**San Antonio, TX 78228** | **Attorney fees, filing fees, expense deposit** | **12/7/2017** | **$24,000.00** |
| | Email or website address<br>**hervol@sbcglobal.net** | | | |
| | Who made the payment, if not debtor?<br>**Est. of James F. Cotter, Dec'd** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor   **Cotter Tower - Oklahoma, L.P.**     Case number *(if known)* **17-52844-CAG**

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

## Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

- ☐ No.
- ☑ Yes. State the nature of the information collected and retained.

       **Financial information on prospective tenants**

       Does the debtor have a privacy policy about that information?
       ☐ No
       ☑ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

- ☑ No. Go to Part 10.
- ☐ Yes. Does the debtor serve as plan administrator?

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Bank First**<br>**310 W. Main St.**<br>**Ardmore, OK 73401** | **XXXX-8802** | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **March, 2017** | **$1,829.19** |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | **Cotter Tower - Oklahoma, L.P.** | Case number *(if known)* | **17-52844-CAG** |

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

## Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
| --- | --- | --- | --- |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

## Part 13: Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
| --- | --- | --- |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
| --- | --- |

Debtor   **Cotter Tower - Oklahoma, L.P.**                                    Case number *(if known)*  **17-52844-CAG**

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **CBRE, Inc.**<br>**3401 NW 63rd St., Suite 400**<br>**Oklahoma City, OK 73116** | **June, 2017 - present** |
| 26a.2.   **Jonathan McBride**<br>**Controller**<br>**Cotter and Sons, Inc.**<br>**1802 NE Loop 410**<br>**San Antonio, TX 78217** | **11/2016 - present** |
| 26a.3.   **Cally Granger**<br>**same address** | **9/2016 - 11/2016** |
| 26a.4.   **John Griffin**<br>**same address** | **2015 - 9/2016** |
| 26a.5.   **Jeffrey Frye, CPA**<br>**4425 Jamboree Rd.**<br>**Newport Beach, CA 92660** | **2015 - 2016** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **CBRE, Inc.**<br>**3401 NW 63rd St., Suite 400**<br>**Oklahoma City, OK 73116** | |
| 26c.2.   **Jonathan McBride**<br>**Controller**<br>**Cotter & Sons, Inc.**<br>**1802 NE Loop 410**<br>**San Antonio, TX 78217** | |
| 26c.3.   **Ernst & Young**<br>**100 W. Houston St., Suite 1700**<br>**San Antonio, TX 78205** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.   **Bank SNB, N.A.**<br>**6301 Waterford Blvd., Suite 101**<br>**Oklahoma City, OK 73118** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | Cotter Tower - Oklahoma, L.P. | Case number (if known) | 17-52844-CAG |
| --- | --- | --- | --- |

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| **Estate of James F. Cotter, Dec'd** | **c/o Marcus P. Rogers**<br>**Ind. Adm. of the Est. of James F. Cotter**<br>**2135 E. Hildebrand**<br>**San Antonio, TX 78209** | **Adminstrator of Decedent's interest in Debtor** | **98%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| **Cotter Ranch Tower, LLC (GP)** | **c/o Marcus P. Rogers**<br>**Ind. Adm. of the Est. of James F. Cotter**<br>**2135 E. Hildebrand**<br>**San Antonio, TX 78209** | **General Partner** | **2%** |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
| --- | --- | --- | --- |
| **James F. Cotter** | | **CEO; Owner of General Partner and 98% owner of Debtor** | **1/2004 - 1/25/17** |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| --- | --- | --- | --- | --- |
| 30.1<br>. | **Estate of James F. Cotter, Dec'd**<br>**c/o Marcus P. Rogers, P.C.**<br>**Ind. Adm. of the Est. of James F. Cotter**<br>**2135 E. Hildebrand**<br>**San Antonio, TX 78209** | **$40,293.25; $38,980.17; $805.11; $297.45; $697.40; $19,762.10; $58,558.21** | **Jan. 2017; April, 2017; May, 2017; June, 2017 (x3); November, 2017** | **Payments made for other Cotter properties or managment company** |
| | **Relationship to debtor**<br>**Owner of Debtor and owner of General Partner of Debtor** | | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor  **Cotter Tower - Oklahoma, L.P.**  Case number *(if known)* **17-52844-CAG**

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.2. **Urban Space Construction, LLC**<br>**6 Mallory Lane**<br>**San Antonio, TX 78257** | **$51,902.00** | **2017** | **Tenant improvements** |
| **Relationship to debtor**<br>**Owner is Mr. Cotter's son** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

| Debtor | Cotter Tower - Oklahoma, L.P. | Case number *(if known)* | 17-52844-CAG |
|---|---|---|---|

**Part 14:  Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 3, 2018**

**/s/ Marcus P. Rogers**                                        **Marcus P. Rogers**
Signature of individual signing on behalf of the debtor       Printed name

Position or relationship to debtor       **Marcus P. Rogers, as Independent Administrator for the Estate of James F. Cotter, acting as President on behalf of Cotter Ranch Tower, LLC, General Partner, acting on behalf of and authorized representative for the Debtor-in-Possession, Cotter Tower – Oklahoma, L.P.**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Western District of Texas

In re    **Cotter Tower - Oklahoma, L.P.**        Case No.   **17-52844-CAG**

Debtor(s)        Chapter   **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 20,000.00 |
| Prior to the filing of this statement I have received | $ | 20,000.00 |
| Balance Due | $ | 0.00 |

2.   The source of the compensation paid to me was:

    ☐ Debtor     ■ Other (specify):    **Estate of James Franklin Cotter, Dec'd**

3.   The source of compensation to be paid to me is:

    ■ Debtor     ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.   [Other provisions as needed]
       **As provided in Doc. Nos. 23 and 23-1 filed herein.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**January  3, 2018**
*Date*

    **/s/ H. Anthony Hervol**
    **H. Anthony Hervol 00784264**
    *Signature of Attorney*
    **Law Office of H. Anthony Hervol**
    **4414 Centerview Dr., Suite 200**
    **San Antonio, TX 78228**
    **(210) 522-9500   Fax: (210) 522-0205**
    **hervol@sbcglobal.net**
    *Name of law firm*

---

# United States Bankruptcy Court
## Western District of Texas

In re    **Cotter Tower - Oklahoma, L.P.**       Case No.    **17-52844-CAG**

Debtor(s)      Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Cotter Ranch Tower, LLC (GP)**<br>**c/o Marcus P. Rogers**<br>**Ind. Adm. of the Est. of James F. Cotter**<br>**2135 E. Hildebrand**<br>**San Antonio, TX 78209** | | | **2%** |
| **Estate of James F. Cotter, Dec'd**<br>**c/o Marcus P. Rogers**<br>**Ind. Adm. of the Est. of James F. Cotter**<br>**2135 E. Hildebrand**<br>**San Antonio, TX 78209** | | | **98%** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

     I, Marcus P. Rogers, the Independent Administrator for the Estate of James F. Cotter, Deceased, acting on behalf of Cotter Ranch Tower, LLC, General Partner, acting on behalf of and the authorized representative of the limited partnership named as the Debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.


Date    **January 3, 2018**      Signature    **/s/ Marcus P. Rogers**

                                               **Marcus P. Rogers, as Independent Administrator for the Estate of James F. Cotter, acting as President on behalf of Cotter Ranch Tower, LLC, General Partner, acting on behalf of and authorized representative for the Debtor-in-Possession, Cotter Tower – Oklahoma, L.P.**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.