IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| COTTER TOWER - OKLAHOMA, L.P., | § | CASE NO. 17-52844-CAG |
| | § | |
| DEBTOR | § | CHAPTER 11 |

**COTTER TOWER – OKLAHOMA, L.P.'s APPLICATION FOR FINAL DECREE**

**THIS PLEADING REQUESTS RELIEF THAT MAY BE ADVERSE TO YOUR INTERESTS. IF NO TIMELY RESPONSE IS FILED WITHIN TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE, THE RELIEF REQUESTED HEREIN MAY BE GRANTED WITHOUT A HEARING BEING HELD. A TIMELY FILED RESPONSE IS NECESSARY FOR A HEARING TO BE HELD.**

**TO THE HONORABLE CRAIG A. GARGOTTA, UNITED STATES BANKRUPTCY JUDGE**:

Comes now, Cotter Tower – Oklahoma, L.P., the Debtor-in-possession (hereinafter "Debtor"), which files this Application for Final Decree, and would respectfully show unto the Court the following:

1. This Court has jurisdiction over this matter pursuant to 11 U.S.C. § 1101, et seq., U.S.C. §§ 158 and 1334, and Federal Rule of Bankruptcy Procedure 3022.

2. On December 12, 2017 (the "Petition Date"), the Debtor filed a Voluntary Petition for Relief under Chapter 11 of Title 11, United States Code (the "Bankruptcy Code").

3. A copy of the proposed Final Decree in conformity with Local Rule 9013 is submitted herewith.

4. The Debtor is a Texas Limited Partnership with its principal place of business located in San Antonio, Texas. The Debtor previously owned and operated a thirty-six story commercial office building located at 100 N. Broadway Ave., Oklahoma City, Oklahoma, which was commonly known as "Cotter Ranch Tower" and hereinafter referred to as the "Property."

5. On August 17, 2018, an Order Approving Motion to Sell Property of the Estate Free and Clear of Liens, Claims, Encumbrances and Interests (the "Sale Order") (Doc. 93) was entered herein. The Sale Order authorized the title company closing the sale of the Property to pay all secured claims held against the Property out of the proceeds from the sale.

6. On August 17, 2018, the Court entered an Order Authorizing Assumption and Assignment of Tenant Leases and Certain Executory Contracts Pursuant to 11 U.S.C. §365 (the "Assumption and Assignment Order") (Doc. 94).

7. The Property was sold pursuant to an Order entered herein authorizing the same with a closing which occurred on August 31, 2018. All secured claims were paid in full at closing by the title company. The Assumption and Assignment Order fixed the amounts due to each counterparty to the assumed leases and assumed contracts in connection with the Property, and such amounts were paid over to the buyer of the Property to hold and use for the benefit of such counterparties. Thus, any counterparty to an assumed lease or assumed contract had its claim funded and paid in full out of the Debtor's share of the proceeds from the sale of the Property at closing.

8. Finally, on February 12, 2019, an Order Confirming First Amended Chapter 11 Plan of Liquidation (the "Plan") was entered herein (Doc. 149). The Plan (Doc. 139) provided that the Disbursing Agent would pay all remaining unpaid Allowed Claims.

9. Based upon a review of the Debtor's claim register, the Disbursing Agent paid all remaining Allowed Claims which were not disputed in full.

10. The Debtor filed certain Objections to Claims filed in this case. All of said Objections have been resolved and the Disbursing Agent has timely paid all Allowed Claims.

11. Debtor has substantially consummated the Plan. Pursuant to 11 U.S.C. §1101(2), substantial consummation is defined as:

(A). transfer of all or substantially all of the property proposed by the plan to be transferred;
(B). assumption by the debtor or by the successor to the debtor under the plan of the business or of the management of all or substantially all of the property dealt with by the plan; and
(C). commencement of distribution under the plan.

12. Debtor has completed all of the foregoing and, in fact, has completed all distributions to creditors required by the Plan.

13. Debtor has also paid all allowed administrative claims.

14. Fed. R. Bankr. P. 3022 provides that after an estate is fully administered in a Chapter 11 case, a court, on its own motion or on motion of a party in interest, shall enter a final decree closing the case. The term "fully administered" generally means the debtor's chapter 11 plan has been confirmed, all bankruptcy claims have been resolved, and the plan is "substantially consummated". The Debtor's Plan has been confirmed, there are no claims left to resolve in this case, and Plan has been substantially consummated. Therefore, based upon the foregoing and pursuant to 11 U.S.C. §350, it is necessary and appropriate that the Court enter a final decree closing this case effective upon the date of the entry of the same.

WHEREFORE, PREMISES CONSIDERED, Cotter Tower – Oklahoma, L.P. respectfully requests that the Court enter a final decree and that the Court grant to it such other and further relief to which it may be justly entitled.

Respectfully submitted,

LAW OFFICE OF H. ANTHONY HERVOL
4414 Centerview Drive, Suite 207
San Antonio, Texas 78228
(210) 522-9500
(210) 522-0205 (Fax)


By____/s/ H. Anthony Hervol_____
    H. Anthony Hervol
    State Bar Number 00784264
    Attorney for Debtor

## **CERTIFICATE OF SERVICE**

      I do hereby certify that a true and correct copy of the above and foregoing Application has been served upon the parties listed below by the methods indicated hereunder, and to the parties on the attached mailing list (unless such parties are also listed on this Certificate), by United States Mail, First Class Delivery, postage prepaid, on this 11th_ day of November, 2019.

**DEBTOR:**
Cotter Tower – Oklahoma, LP
c/o Marcus P. Rogers, P.C.
2135 E. Hildebrand
San Antonio, Texas 78209
*Via Electronic Mail, with consent*

**REQUESTING NOTICE:**
Steven R. Brook
Langley & Banack, Inc.
745 E Mulberry Ave, Ste 700
San Antonio, TX 78212
Counsel for Bank SNB, N.A.
*Via the Court's ECF Filing System*

Benjamin R. Bingham
Bingham & Lea, PC
319 Maverick St
San Antonio, TX 78212
Counsel for Marcus P. Rogers, Ind. Ex'r
of the Estate of James F. Cotter
*Via the Court's ECF Filing System*

Stephen J. Moriarty
Fellers Snider Blankenship Bailey & Tippens, PC
100 North Broadway Ave., Suite 1700
Oklahoma City, OK 73102
*Via the Court's ECF Filing System*

Larry G. Ball
Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C.
100 North Broadway, Suite 2900
Oklahoma City, OK 73102-8805
*Via the Court's ECF Filing System*

Brandon Craig Bickle
Attorney at Law
GableGotwals
1100 ONEOK Plaza
100 West 5th Street
Tulsa, OK 74103-4217
Attorneys for Continental Resources, Inc.
*Via the Court's ECF Filing System*

Steven W Bugg
McAfee & Taft
10th Floor, Two Leadership Sq.
211 N. Robinson
Oklahoma City, OK 73102
Attorneys for Luckinbill, Inc.
*Via the Court's ECF Filing System*

**UNITED STATES TRUSTEE:**
Post Office Box 1539
San Antonio, Texas 78295-1539
*Via the Court's ECF Filing System*

              /s/ H. Anthony Hervol_____
              H. Anthony Hervol

```
Label Matrix for local noticing          Cotter Tower - Oklahoma L.P.             U.S. BANKRUPTCY COURT
0542-5                                   c/o Marcus P. Rogers, PC                 615 E. HOUSTON STREET, ROOM 597
Case 17-52844-cag                        2135 E Hildebrand                        SAN ANTONIO, TX 78205-2055
Western District of Texas                San Antonio, TX 78209-6332
San Antonio
Sun Nov 10 23:32:45 CST 2019

A-Russell's Mr. Rooter, Inc.             Accenture, LLP                           American Staffcorp of OKC, LLC
8132 W. Reno                             161 North Clark Street                   6301 S. Mingo Rd
Oklahoma City, OK 73127-7229             Chicago, IL 60601-3362                   Tulsa, OK 74133-6319

American Staffcorp of OKC, LLC           Andrews Davis, PC                        Arapahoe Resources
c/o Larry G. Ball                        Cathy Collins/Administrator              Cotter Ranch Tower
100 North Broadway Avenue, Suite 2900    100 N. Broadway, Suite 3300              100 N. Broadway Ave., Suite 3150
Oklahoma City, OK 73102-8865             Oklahoma City, OK 73102-8831             Oklahoma City, OK 73102-8821

BL3 Inc. Plumbing and Drain Cleaning     BancFirst                                Bank SNB
P.O. Box 6499                            Randy Foraker, EVP, Chief Risk Officer   c/o David S. Gragg
Oklahoma City, OK 73153-0499             P. O. Box 26788                          Langley & Banack, Inc.
                                         Oklahoma City, OK 73126-0788             745 E. Mulberry, #700
                                                                                  San Antonio, Texas 78212-3172

Bank SNB, N.A.                           Bettye Ruth Cotter                       Brake Away Logistics
6301 Waterford Blvd., Suite 101          3601 N.W. 62nd Street                    Cotter Ranch Tower
Oklahoma City, OK 73118-1161             Oklahoma City, OK 73112-1401             100 N. Broadway Ave., Suite 3108
                                                                                  Oklahoma City, OK 73102-8608

Brierly Plumbing Technologies            CBRE Inc                                 CBRE, Inc.
Roto Rooter Plumbing                     PO Box 848844                            3401 NW 63rd St, Suite 400
3120 S Ann Arbor Ave                     Los Angeles, CA 90084-8844               Oklahoma City, OK 73116-3794
Oklahoma City, OK 73179-7634

CHRISTOPHER LEE MEILE - URBAN            CITY OF OKLAHOMA CITY                    COE PLUMBING INC
LOCKWERX LLC                             PO BOX 26570                             PO BOX 15482
3101 ABBEY RD                            Oklahoma City, OK 73126-0570             Oklahoma City, OK 73155-5482
Oklahoma City, OK 73120-2012

COPS PRODUCTS                            CUDD Pumping Services, Inc.              Calverts Plan Interiors, Inc.
416 HUDIBURG CIRCLE STE B                Cotter Ranch Tower                       8308 Classen Blvd.
Oklahoma City, OK 73108-1048             100 N. Broadway Ave., Suite 2500         Oklahoma City, OK 73114
                                         Oklahoma City, OK 73102-8809

Calverts Plant Interiors, Inc.           Chamsolme Harroz Achnebel, PLLC          Chubbick Duncan & Robey, P.C.
5308 Classen Blvd.                       Layni Carney/Office Manager              Cotter Ranch Tower
Oklahoma City, OK 73118-4291             100 N Broadway Avenue, Suite 1800        100 N. Broadway Ave., Suite 2300
                                         Oklahoma City, OK 73102-8614             Oklahoma City, OK 73102-8802

City of Oklahoma City                    Coe Plumbing, Inc.                       Commercial Oklahoma, Inc.
420 W Main St Suite 120                  3928 E. Reno Ave.                        Cotter Ranch Tower
Box 3                                    Oklahoma City, OK 73117-7220             100 N. Broadway Ave., Suite 3130
Oklahoma City, OK 73102-4435                                                      Oklahoma City, OK 73102-8837
```

| | | |
|---|---|---|
| Comptroller of Public Accounts<br>C/O Office of the Attorney General<br>Bankruptcy - Collections Division MC-008<br>PO Box 12548<br>Austin TX  78711-2548 | Continental Resources, Inc.<br>Heather Scott, Director<br>P.O.Box 269000<br>Oklahoma City, OK 73126-9000 | Continental Resources, Inc.<br>c/o Taylor L. Pope<br>PO Box 268836<br>Oklahoma City, OK 73126-8836 |
| Convergint Technologies, LLC<br>c/o James Vogt<br>Reynolds, Redings, Vogt & McCart, PLLC<br>101 Park Avenue, Suite 1010<br>Oklahoma City, OK 73102-7251 | Coventry Investments<br>Cotter Ranch Tower<br>100 N. Broadway Ave., Suite 2430<br>Oklahoma City, OK 73102-8803 | DKT Energy & Neomorph<br>Joe T. Vaughn/Manager<br>100 N. Broadway, STE 2270<br>Oklahoma City, OK 73102-8838 |
| Daugherty, Fowler, Peregrin, Haught & Je<br>Danny Meier/Administrator<br>100 N. Broadway Avenue, Suite 2000<br>Oklahoma City, OK 73102-8846 | Dawson Geophysical<br>Risk Management<br>Attn: Jessica Forsdick<br>10333 Richmond Ave. Suite 800<br>Houston, Texas 77042-4128 | Deloitte LLP<br>Mitchell Scalf<br>2200 Ross Avenue, Ste 1600<br>Dallas, TX 75201-6703 |
| Deloitte, LLP<br>Cotter Ranch Tower<br>100 N. Broadway Ave., Suite 3250<br>Oklahoma City, OK 73102-8811 | Derrick & Briggs, LLP<br>Helen Sullivan-Reyna<br>100 N. Broadway Avenue, Suite 2830<br>Oklahoma City, OK 73102-8831 | Destin Construction Inc<br>PO Box 271198<br>Oklahoma City, OK 73137-1198 |
| Dezign Partnerships Inc<br>3037 NW 63rd St 202W<br>Oklahoma City, OK 73116-3616 | (c)DUTCHER & COMPANY, INC.<br>TRAVIS L. WILLIAMS<br>100 N BROADWAY AVE STE 2110<br>OKLAHOMA CITY OK  73102-8614 | EALES ELECTRONICS CORP<br>PO BOX 721140<br>Oklahoma City, OK 73172-1140 |
| EMCS ENTERPRISES INC<br>36 NE 46TH ST<br>Oklahoma City, OK 73105-2011 | EUREKA WATER COMPANY - OZARKA WATER<br>AND COFFEE SERVICE<br>PO BOX 26730<br>Oklahoma City, OK 73126-0730 | Estate of James F. Cotter, Dec'd<br>c/o Marcus P. Rogers, P.C.<br>2135 E. Hildebrand<br>San Antonio, TX 78209-6332 |
| Estate of James F. Cotter. Dec'd<br>c/o Marcus P. Rogers<br>2135 Hildebrand<br>San Antonio, TX 78209-6332 | Fellers Snider Blankenship Bailey & Tippens,<br>c/o Stephen J. Moriarty<br>100 N. Broadway, Suite 1700<br>Oklahoma City, OK 73102-8820 | Fellers, Snider, Blankenship, & Tippens<br>Attn: DeAnna Carter<br>100 N. Broadway Avenue, Suite 1700<br>Oklahoama City, OK 73102-8820 |
| Fibernet Direct Texas, LLC<br>Cristina Valdes<br>9250 West Flager Street<br>Miami, FL 33174-3415 | Forrest Butch Freeman<br>Oklahoma County Treasurer<br>320 Robert S. Kerr, Rm 307<br>Oklahoma City, OK 73102-3441 | Globe Life and Accident<br>Sherry Garrison<br>100 N. Broadway Avenue, Suite 700<br>Oklahoma City, OK 73102-8812 |
| Globe Life and Accident Insurance Company<br>c/o Steven J. Adams, Esq.<br>100 W. 5th St., Ste. 1100<br>Tulsa, OK 74103-4217 | Goldfire Studios<br>James Simpson/President<br>100 N. Broadway Avenue, STE 2250<br>Oklahoma City, OK 73102-8804 | Gretchen Crawford<br>Assistant District Attorney<br>Oklahoma County Treasurer<br>320 Robert S. Kerr, Suite 505<br>Oklahoma City, OK 73102-3412 |
| HARRISON ORR AIR CONDITIONING LLC<br>4100 N WALNUT<br>Oklahoma City, OK 73105-3798 | HD SUPPLY FACILITIES MAINTENANCE<br>PO BOX 509058<br>San Diego, CA 92150-9058 | HNTB Corporation<br>Attn: Peggy Gaylord, Procurement Manager<br>715 Kirk Drive<br>Kansas City, MO 64105-1310 |

```
Hall Estill                            Hall, Estill, Hardwick, Gable, Golden & Nels    Hymer Photography
Trent Corken-Office Administrator      c/o Larry Ball                                  Cotter Ranch Tower
100 N. Broadway Avenue, Suite 2900     100 N. Broadway, Suite 2900                     100 N. Broadway Ave., Suite CO-03
Oklahoma City, OK 73102-8865           Oklahoma City, OK 73102-8808                    Oklahoma City, OK 73102-8614


InServices, Inc.                       Internal Revenue Service - Insolvency           JANES ELECTRIC SERVICE INC
Dillingham Insurance dba In Service    P.O. Box 7346                                   33 NW 60TH STREET
PO Box 1669                            Philadelphia, PA 19101-7346                     Oklahoma City, OK 73118-7405
Oklahoma City, OK 73101


JP Morgan Chase                        James Adam Cotter                               James Andrew Cotter
Cotter Ranch Tower                     23019 Steeple Bluff                             6 Lincoln Place
100 N. Broadway Ave., Suite 400        San Antonio, TX 78256-1603                      Rancho Mirage, CA 92270-1928
Oklahoma City, OK 73102-8841


James Vale Lee Cotter                  Jolen Operating Company                         Jordan C. Braun
28 Morning Green                       Janae Gorman                                    Cotter Ranch Tower
San Antonio, TX 78257-2602             100 N. Broadway Avenue, Suite 2460              100 N. Broadway Ave., Suite 3020
                                       Oklahoma City, OK 73102-8868                    Oklahoma City, OK 73102-8606


Kurts Pest Control Inc                 Land Information Services                       Law Ofc. of Robert H. Alexander
PO BOX 23315                           Wade Brawley/President                          Cotter Ranch Tower
Oklahoma City, OK 73123-2315           100 N. Broadway Avenue, Suite 2010              100 N. Broadway Ave., Suite 1820
                                       Oklahoma City., OK 73102-8846                   Oklahoma City, OK 73102-8832


Luckinbill Inc.                        Marcus P. Rogers, Independent Administrator     McCoy & Orta. P.C.
PO Box 186                             the Estate of James F. Cotter, deceased         Tammy Lind/Office Manager
Enid, OK 73702-0186                    c/o Marcus P. Rogers                            100 N. Broadway Avenue, Suite 2600
                                       2135 E. Hilderbrand                             Oklahoma City, OK 73102-8868
                                       San Antonio, Texas 78209-6332


Mesa Natural Gas Solutions             Metro Glass Inc                                 Metro Technology Center, Inc.
Cotter Ranch Tower                     8025 N Rockwell                                 Karla Graham
100 N. Broadway Ave., Suite 3120       Oklahoma City, OK 73132-4213                    100 N. Broadway Avenue, Suite 300
Oklahoma City, OK 73102-8868                                                           Oklahoma City, OK 73102-8847


Monnet, Hayes, Bullis PLLC             (p)NAFA CAPITAL MARKETS                         NATURAL WOOD FLOORS INC - QUALITY FLOOR
Cotter Ranch Tower                     3700 WEST ROBINSON STREET SUITE 204             719 N VIRGINIA AVE
100 N. Broadway Ave., Suite 2730       NORMAN OK 73072-3655                            Oklahoma City, OK 73106-2631
Oklahoma City, OK 73102-8804


OG&E                                   OGP Energy Limited Partnership #1               OKLAHOMA COUNTY TREASURER
PO BOX 24990                           Cotter Ranch Tower                              PO BOX 268875
Oklahoma City, OK 73124-0990           100 N. Broadway Ave., Suite 1830                Oklahoma City, OK 73126-8875
                                       Oklahoma City, OK 73102-8805


ON CALL JUNK HAUL LLC                  ONESOURCE MANAGED SERVICES LLC                  Oklahoma County Treasurer
8216 NW 159TH ST                       PO BOX 270538                                   Tammy Jones, Pro Se
Edmond, OK 73013-5804                  33 N MERIDIAN                                   320 Robert S. Kerr, Room 307
                                       Oklahoma City, OK 73107-6501                    Oklahoma City, OK 73102-3441
```

| | | |
|---|---|---|
| Oklahoma County Treasurer's Office<br>320 Robert S. Kerr, Room 307<br>Oklahoma City, Oklahoma 73102-3441 | Oklahoma Tax Commission<br>General Counsel's Office<br>100 N. Broadway Ave, Suite 1500<br>Oklahoma City, OK 73102-8601 | Otis Elevator Company<br>PO Box 730400<br>Dallas, TX 75373-0400 |
| Paul J. Sowell<br>14200 N May Ave Suite 2511<br>Oklahoma City, OK 73134-5031 | Petroleum Club of Oklahoma City<br>Cotter Ranch Tower<br>100 N. Broadway Ave., Suite 3400<br>Oklahoma City, OK 73102-8824 | Pinnacle Towers<br>Cotter Ranch Tower<br>100 N. Broadway Ave., Suite 3050<br>Oklahoma City, OK 73102-8826 |
| Potts Exploration, LLC<br>909 E. Britton Road<br>Oklahoma City, OK 73114-7802 | Precision Mechanical, LLC<br>860656 S. 3320 Rd<br>Wellston, OK 74881-8067 | R. Brown Wallace<br>Cotter Ranch Tower<br>100 N. Broadway Ave., Suite 2530<br>Oklahoma City, OK 73102-8805 |
| R. Brown Wallace, P.C.<br>544 Shawnee St.<br>NORMAN, OK 73071-4631 | Richard G. Jenkins<br>P.O. Box 591565<br>San Antonio, TX 78259-0127 | Rogers Safe and Lock, LLC<br>906 Northwest 5th Street<br>Oklahoma City, OK 73106-7427 |
| Roto Rooter<br>Plumbing & Drain Cleaning<br>3120 S. Ann Arbor Ave<br>Oklahoma City, OK 73179-7634 | Russell D Thorp - Schuler Enterprise<br>PO Box 30847<br>Edmond, OK 73003-0015 | Ruston Aviation<br>P.O. Box 607<br>Ruston, LA 71273-0607 |
| Samis Family Investments, LLC<br>Eileen Motley/Office Manager<br>100 N. Broadway, Suite 1850<br>Oklahoma city, OK 73102-8607 | Southwestern Restoration<br>and Waterproofing<br>PO Box 54858<br>Oklahoma City, OK 73154-1858 | Staples Contract & Commerical, Inc.<br>PO Box 415256 Dept SNA<br>Boston, MA 02241-5256 |
| Talada, LLC<br>Cotter Ranch Tower<br>100 N. Broadway Ave., Suite 3025<br>Oklahoma City, OK 73102-8825 | Tenaris Global Services<br>Cotter Ranch Tower<br>100 N. Broadway Ave., Suite 2525<br>Oklahoma City, OK 73102-8868 | Tidelands Geophysical<br>Cotter Ranch Tower<br>100 N. Broadway Ave., Suite 2420<br>Oklahoma City, OK 73102-8803 |
| Unifirst Corporation<br>Attn: Accounts Receivable<br>68 Jonspin Road<br>Wilmington, MA 01887-1086 | United Protective Services of<br>Oklahoma City, LP<br>6500 Greenville Ave, Suite 525<br>Dallas, TX 75206-1000 | United States Attorney General<br>Department of Justice<br>950 Pennsylvania Ave., N.W.<br>Washington, DC 20530-0009 |
| United States Attorney/IRS<br>601 N.W. Loop 410, Suite 600<br>San Antonio, TX 78216-5597 | United States Trustee<br>P.O. Box 1539<br>San Antonio, TX 78295-1539 | United States Trustee - SA12<br>US Trustee's Office<br>615 E Houston, Suite 533<br>PO Box 1539<br>San Antonio, TX 78295-1539 |
| Urban Space Construction<br>28 Morning Green<br>San Antonio, TX 78257-2602 | Valeri Marie Cotter Zaharie<br>5743 E. Shoreline<br>Post Falls, ID 83854-6855 | Vendor Recovery Fund IV, LLC<br>PO Box 669<br>Smithtown, NY 11787-0710 |

Veolia Energy Oklahoma City Inc
Box 681038
Chicago, IL 60695-2039

Veolia Energy Oklahoma City Inc.
14055 Riveredge Drive, Ste 240
Tampa, FL 33637-2099

Veolia North America
100 N. Broadway, Suite 1520
Oklahoma City, OK 73102-8601


Vets Septic Service Inc.
1024 SW 21st Street
Oklahoma City, OK 73108-7439

Vivian Claudette Mueller
102 Kathy Drive
Kerrville, TX 78028-9744

Voss Electric Co
1601 Cushman Dr.
Lincoln, NE 68512-1237


Voss Electric Co.
P.O. Box 22159
Attn: Accounts Rec.
Lincoln, NE 68542-2159

Yardi Marketplace
P.O. Box 82569
Goleta, CA 93118-2569

iPlumb Co.
2736 SW 48th St
Oklahoma City, OK 73119-5213


H. Anthony Hervol
Law Office of H. Anthony Hervol
4414 Centerview Dr, Suite 207
San Antonio, TX 78228-1432



The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


NAFA Capital Markets
Cotter Ranch Tower
100 N. Broadway Ave., Suite 2550
Oklahoma City, OK 73012



Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).


Dutcher & Company, Inc.
Travis L. Williams
100 N. Broadway Avenue, Suite 2100
Oklahoma City, OK 73102

End of Label Matrix
Mailable recipients    129
Bypassed recipients      0
Total                  129